**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500
(817) 498-1362 FAX

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER: 19-42292-ELM |
| | § | |
| **DAVID MARSHALL DOWLING** | § | CHAPTER 13 |
| | § | |
| DEBTOR | § | JUDGE EDWARD L MORRIS |
| | § | |
| | § | Pre-Hearing Conference:  Friday, November 15, 2019 at 10:00 AM |

**TRUSTEE'S 14 DAY NOTICE OF INTENT TO CERTIFY CHAPTER 13 CASE FOR DISMISSAL
AND NOTICE OF PRE-HEARING CONFERENCE AND COURT HEARING  (PRE-CONFIRMATION)**

**Notice is HEREBY GIVEN** to the above named Debtor and to the Debtor's Attorney that the Trustee intends to certify the above numbered Chapter 13 case for Dismissal for the following reason(s) :

The Debtor did not pay to the Trustee when due one or more payments (except the first) specified in Debtor's Plan, as required by Section 3(e) of General Order 2017-01.

1. The exact dollar amount due to completely bring all payments current as of the 14th day after the date of this Notice is **$4,050.00**.

    **\*\*MAIL CERTIFIED PAYMENTS TO P.O. BOX 961076, FORT WORTH, TEXAS 76161-0076\*\***

2. Due date is **November 06, 2019**.  Payments must be received by 4:00 PM.

3. If the full payment specified in Paragraph 1 cannot be paid by the due date specified in Paragraph 2, the Debtor or Debtor's Attorney must meet with a representative of the Trustee  **at 10:00 AM**, on **Friday, November 15, 2019** (Pre-Hearing Date) , at 6851 N.E. Loop 820, Suite 300, Third floor, N. Richland Hills, TX 76180-6608 for a Pre-Hearing Conference.

**DAVID MARSHALL DOWLING
224 IBERIS DR
ARLINGTON, TX  76018**

**FAILURE TO BRING ALL PAYMENTS CURRENT BY Wednesday, November 6, 2019, OR FAILURE TO MEET WITH A REPRESENTATIVE OF THE TRUSTEE AT THE ABOVE STATED PRE-HEARING CONFERENCE DATE TO RESOLVE THE DELINQUENCY ON THE CASE (INCLUDING ANY PAYMENTS THAT BECOME DUE AFTER THE DUE DATE BUT ON OR BEFORE THE PRE-HEARING CONFERENCE DATE), SHALL SUBJECT THIS CASE TO DISMISSAL BY THE BANKRUPTCY COURT WITHOUT FURTHER NOTICE.**

**ANY WRITTEN OBJECTION OR RESPONSE NOT RESOLVED AT THE PRE-HEARING CONFERENCE WILL BE HEARD BY THE HONORABLE EDWARD L MORRIS on Thursday, December 5, 2019 at 8:30 AM at 501 W. 10TH STREET, ROOM 204, FORT WORTH, TX 76102.**

/s/ Tim Truman

Tim Truman, Trustee
State Bar # 20258000
OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX 76180-6608

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Trustee's 14 Day Notice of Intent to Certify Chapter 13 Case for Dismissal and Notice of Pre-Hearing Conference and Court Hearing" was served on the parites listed below in the manner listed below on or before October 23, 2019.

**BY FIRST CLASS MAIL:**

DAVID MARSHALL DOWLING,  224 IBERIS DR,  ARLINGTON, TX  76018-0000

**ELECTRONIC SERVICE:**

LEINART LAW FIRM, 11520 N CENTRAL EXPWY STE 212, DALLAS, TX  75243
PERDUE BRANDON FIELDER COLLINS AND MOTT, 500 E BORDER ST #640, ARLINGTON, TX  76010
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
PADGETT LAW GROUP, 6267 OLD WATER OAK RD #203, TALLAHASSEE, FL  32312
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Tim Truman

Tim Truman, Trustee
State Bar# 20258000